Stephen M. Doniger, Esq. (SBN 179314)
   Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
   Email: scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a California Corporation, individually and doing business as DD'S DISCOUNTS; PURE ZONE, a business entity of form unknown; CANDY RAIN, a business entity of form unknown; BODY SHOP OF AMERICA, INC., a Florida Corporation, individually and doing business as BODY CENTRAL; EXCELHIGH INC., a New York Corporation; TIFFANY COLLECTIONS 2000, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants.<br>------------------------------------------------------ | Case No.:  CV 10-2096 VBF (PLAx)<br>*Honorable Valerie B. Fairbank Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

1

1    Having reviewed the Parties' Stipulation for Dismissal of Action following
2 their amicable resolution of the remaining claims at issue in this case, and finding
3 good cause thereon,
4    IT IS ORDERED that this action be dismissed with prejudice, and each party
5 is to bear its own costs and fees incurred in this matter.

7    SO ORDERED

9  Dated: March 3, 2011          By:  *Valerie Baker Fairbank*
10                                    HON. VALERIE B. FAIRBANK
11                                    U.S. DISTRICT COURT JUDGE